UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00213-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS FAZZIO,

    Defendant.

**ORDER**

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, June 22, 2009,** and responses to these motions shall be filed by **Wednesday, July 1, 2009**.  It is

    FURTHER ORDERED that a 5-day jury trial is set to commence **Monday, July 13, 2009, at 9:00 a.m. in courtroom A-1002.**  It is

    FURTHER ORDERED that the parties shall contact the Court if a hearing on pending motions or a final trial preparation conference needs to be set.

    Dated:  June 2, 2009

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge