## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00213-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS FAZZIO,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [doc. 25], filed November 25, 2009, is **GRANTED.**  It is further

ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this 10th day of December, 2009.

                                  BY THE COURT:


                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE