IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 09-CR-00213-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS FAZZIO,

    Defendant.

---

## FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS FOR ORDER OF DETENTION

    This matter comes before the court on February 28, 2018 for preliminary hearing and detention hearing on the Petition to Revoke Supervised Release. The court has accepted a waiver of preliminary hearing by the Defendant. In addition, the court has considered the proffers by the Government and the Defendant. Lastly, I have taken judicial notice of the court's files in 05-CR-00477-WYD; 09-CR-00213-WYD; and 15-CR-00026-WYD. Accordingly, I find, based upon the waiver of preliminary hearing, that probable cause exists to believe that the Defendant violated one or more conditions of his Supervised Release.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

    I find that the Defendant has suffered convictions for Bank Robbery (three separate felony convictions); Third Degree Assault (misdemeanor); and Escape from a Bureau of Prisons Residential Reentry Center (felony). Defendant has suffered at least

three prior failures to appear in the past.  Defendant has had his Supervised Release revoked in the past. Defendant has used alcohol to an excess on many occasions in the past. Defendant has a severe alcohol problem.  Defendant has a pending DWAI case in Asheville, North Carolina.

     In making my findings of fact, I have taken judicial notice of the information set forth in the Presentence Report in Case No. 15-CR-00026-WYD and the entire court files in 05-CR-00477-WYD; 09-CR-00213-WYD; and 15-CR-00026-WYD plus the proffers by the Government and Defendant.  Under these circumstances, I find that the Defendant has not sustained his burden. On the record before the court, I find, by clear and convincing evidence, that no condition or combination of conditions of release that will reasonably assure the Defendant's appearance at future court hearings and the safety of the community.  Accordingly, I order the Defendant detained without bond.

     Done this 28th day of February 2018.

     BY THE COURT

     S/ Michael J. Watanabe
     _____
     Michael J. Watanabe
     U.S. Magistrate Judge